**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Michelle Miller et al, | ) | No. CV 09-1954-PHX-FJM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| American Family Mutual Insurance Company et al, | ) ) ) | |
| Defendant. | ) ) | |

The court has before it "Plaintiffs' Motion to Request Publication of the Court's Decision on the Parties' Cross Motion for Partial Summary Judgment re: Application of Cundiff" (doc. 96), to which no response has been received.

This court's Order of December 2, 2010, docketed on December 3, 2010 (doc. 95), does meet the criteria for publication set forth in Ninth Circuit Rule 36-2. While Rule 36-2 is not directly applicable to the District Court, it offers helpful guidance. Accordingly, it is ORDERED GRANTING Plaintiffs' Motion to Request Publication of this court's Order of December 2, 2010 (doc. 95). (Doc. 96).

The clerk is instructed to email a copy of doc. 95 marked "For Print Publication" to West at "ardistct@westdcs.west.thomson.com", and to Lexis at "Source.Acquisition@lexisnexis.com".

DATED this 4th day of March, 2011.

Frederick J. Martone
United States District Judge